IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JOHNNY KOUZAZ, | CIVIL ACTION NO.: CV214-028 |
| Plaintiff, | |
| v. | |
| KARLOG SHIPPING COMPANY, LTD, KALLISTI MARITIME, S.A., MICRON SHIPPING, LTD, H. DANTAS COMERCIO NAVEGACAO E INDUSTRIAS, LTDA, | |
| Defendants. | |

## ORDER

Defendants Karlog Shipping Company, LTD ("Karlog") and Kallisti Maritime, S.A. ("Kallisti") have filed a Motion for Leave to File Out-Of-Time Answer to the Complaint. Plaintiff has filed a Response opposing said Defendants' Motion. Said Defendants' Motion for Leave to File Out-of-Time Answer to the Complaint (doc. 24) is **granted**. The Answer of Defendants Karlog and Kallisti filed on September 19, 2014, is deemed timely. Plaintiff's Motion for Entry of Default (doc. 29) is **denied**.

**SO ORDERED**, this 8 day of October, 2014.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)